UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| NASRUDDIAN MAREDIA | § | 14-36156-H3-7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**THIRD JOINT STIPULATION REGARDING
COMPLIANCE WITH 11 U.S.C. § 704(b)(2)**

COMES NOW, the United States Trustee ("UST") and the Debtor, who stipulate as follows:

1. The Court has jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B).

2. On November 3, 2014, the Debtor filed a voluntary petition seeking relief under chapter 7 of the Bankruptcy Code.

3. On January 2, 2015, the UST filed a statement under 11 U.S.C. § 704(b)(1) reflecting an inability to determine whether the presumption of abuse arises under 11 U.S.C. §707(b).

4. Section 704(b)(2) provides:

> The United States trustee (or bankruptcy administrator, if any) shall, not later than 30 days after the date of filing a statement under paragraph (1), either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States trustee (or the bankruptcy administrator, if any) does not consider such a motion to be appropriate, if the United States trustee (or the bankruptcy administrator, if any) determines that the debtor's case should be presumed to be an abuse under section 707(b) and the product of the debtor's current monthly income, multiplied by 12 is not less than [the applicable median family income amount].

5. The last day to file an objection to discharge is March 31, 2015.

6.	The Debtor hereby stipulates that there is no opposition through June 1, 2015, to the UST's compliance with 11 U.S.C. § 704(b)(2).

Dated: March 31, 2015		Respectfully Submitted,

		JUDY A. ROBBINS
		UNITED STATES TRUSTEE

		By:	/s/ Hector Duran
			Hector Duran
			Texas Bar No. 00783996/Fed. I.D. No. 15243
			515 Rusk, Suite 3516
			Houston, Texas  77002
			(713) 718-4650 x 241
			(713) 718-4670 Fax

		THE LAW OFFICE OF ENNIO J. DIAZ

		By:	/s/ Ennio J. Diaz w/permission by Hector Duran
			Ennio J. Diaz
			State Bar No. 24028299
			5615 Richmond Ave., Suite 250
			Houston, TX 77057-9006
			(713) 582-1872

		COUNSEL FOR DEBTOR